UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ESCONDIDO,<br><br>                      Plaintiff,<br>v.<br><br>GENERAL REINSURANCE CORPORATION and GENESIS MANAGEMENT AND INSURANCE SERVICES CORPORATION,<br><br>                      Defendants.<br><br>GENERAL REINSURANCE CORPORATION,<br><br>                      Counter Claimant,<br>v.<br>CITY OF ESCONDIDO,<br><br>                      Counter Defendant. | Case No. 19cv868-MMA (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR FILING A THIRD AMENDED COMPLAINT**<br><br>[Doc. No. 27] |

      Plaintiff City of Escondido ("Plaintiff") and Defendants General Reinsurance Corporation and Genesis Management and Insurance Services Corporation jointly move to extend the deadline for Plaintiff to file a third amended complaint. Doc. No. 27. Good

cause appearing, the Court **GRANTS** the joint motion.  Accordingly, the Court extends the deadline for Plaintiff to file its third amended complaint on or before **January 17, 2020**.

**IT IS SO ORDERED**.

Dated: January 6, 2020

Hon. Michael M. Anello
United States District Judge