UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ESCONDIDO,<br><br>                      Plaintiff,<br>v.<br><br>GENERAL REINSURANCE CORPORATION and GENESIS MANAGEMENT AND INSURANCE SERVICES CORPORATION,<br><br>                      Defendants. | Case No. 19cv868-MMA (BGS)<br><br>**ORDER GRANTING SECOND JOINT MOTION TO EXTEND DEADLINE FOR FILING A THIRD AMENDED COMPLAINT**<br><br>[Doc. No. 30] |
| GENERAL REINSURANCE CORPORATION,<br><br>                      Counter Claimant,<br>v.<br>CITY OF ESCONDIDO,<br><br>                      Counter Defendant. | |

Plaintiff City of Escondido ("Plaintiff") and Defendants General Reinsurance Corporation and Genesis Management and Insurance Services Corporation jointly move for the second time to extend the deadline for Plaintiff to file a third amended complaint.

1

Doc. No. 30. Good cause appearing, the Court **GRANTS** the joint motion. Accordingly, the Court extends the deadline for Plaintiff to file its third amended complaint on or before **February 19, 2020**.

**IT IS SO ORDERED**.

Dated: January 21, 2020

*Michael M. Anello*

Hon. Michael M. Anello
United States District Judge