# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ESCONDIDO,<br><br>       Plaintiff,<br><br>v.<br><br>GENERAL REINSURANCE CORPORATION and GENESIS MANAGEMENT AND INSURANCE SERVICES CORPORATION,<br><br>       Defendants.<br><br>GENERAL REINSURANCE CORPORATION,<br><br>       Counter Claimant,<br><br>v.<br><br>CITY OF ESCONDIDO,<br><br>       Counter Defendant. | Case No. 19-cv-868-MMA (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 36] |

  Pursuant to Federal Rule of Civil Procedure 41, the parties jointly move to dismiss Plaintiff City of Escondido's Second Amended Complaint ("SAC") and Defendant General Reinsurance Corporation's counterclaim with prejudice. *See* Doc. No. 36. Good

cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** the SAC and counterclaim **with prejudice**. Each party shall bear its own costs and fees. The Court **ORDERS** the Clerk of Court to terminate this action.

**IT IS SO ORDERED**.

Dated: February 27, 2020

_____
Hon. Michael M. Anello
United States District Judge

2

19-cv-868-MMA (BGS)